IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEROME WALKER,

     Plaintiff,                                                                    ORDER

v.

SERRANO, et al                                                          Case No.  20-cv-520-bbc

     Defendants.

Plaintiff Jerome Walker has filed a proposed civil complaint, but has neither paid the filing fee nor requested leave to proceed without prepayment.  For this case to proceed, plaintiff must pay the $400 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than June 29, 2020.

A motion for leave to proceed without prepayment of the filing fee must be accompanied by a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the date of the complaint.  28 U.S.C. § 1915(a)(2).  If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2).  Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that plaintiff Jerome Walker may have until June 29, 2020 to submit the $400 filing fee or a motion for leave to proceed without prepayment and a trust fund account statement for the period beginning approximately December 8, 2019 and ending

approximately June 8, 2020.  If, by June 29, 2020, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily.  In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 8th day of _June, 2020.

BY THE COURT:


/s/
PETER OPPENEER
Magistrate Judge

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

JEROME WALKER,

     Plaintiff,                                    ORDER

v.

                             Case No.  20-cv-520-bbc

SERRANO,

     Defendants.

**PRISONER REQUEST TO PROCEED IN DISTRICT COURT**
**WITHOUT PREPAYING THE FULL FILING FEE**

Answer the following questions to the best of your ability.
**Note**: If you do not tell the truth, the court may dismiss your lawsuit.

## I.  <u>Personal Information</u>

1)    Your name: _____

       (a)    State the place of your incarceration and provide your prisoner identification number:

          _____     _____
                    (place)                         (number)

       (b)    Are you employed at the institution?    ☐Yes      ☐ No

       (c)    Do you receive any payment from the institution?    ☐Yes      ☐ No

**Attach a printout of your prison trust account statement showing transactions for the six-month period immediately preceding the filing of this request and showing the current balance of your account.**

2)    Do you have any dependents that you are responsible for supporting?

     ☐ Yes       ☐ No

     If "yes," list them below.

| Name or initials (for minor children only) | Relationship to You | Age | Amount of Support Provided per Month |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |

**II.     Property or Assets:** - If you are married, your answers must *include your spouse's property.*

1 )     Do you own a car?

          □ Yes          □ No                              If "yes," list the car(s) below:

          Make and Model                                   Year           Approximate Current Value

_____ _____ $_____

_____ _____ $_____

2)      Do you own your home(s)?          □ Yes          □ No

         If "Yes," state the approximate value(s).     $ _____

         What is the amount of equity (assessed value of residence minus outstanding mortgage balance) in the home(s)?     $ _____

3)      Do you have any cash or checking, savings, or other similar accounts?
         □ Yes          □ No

         If "Yes," state the total of such sums.     $ _____

4)      Do you own any other property of value, such as real estate, stocks, bonds, trusts, or individual retirement accounts (e.g., IRA, 401 k), artwork, or jewelry?

         □ Yes          □ No

         If "Yes," describe the property and the approximate value(s).

         _____

         _____

**III.**  **Litigation History**

For each federal lawsuit that you recall having filed, list as much of the following information that you remember about each case: The name of the case (that is, the plaintiffs and the defendants), the case number or year of filing, and the federal district in which you filed the case. Use more paper if needed.

| Case Name<br>(Plaintiffs and defendants) | Case number<br>(or year of filing) | Federal district |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**IV.**  **Other Circumstances** - Describe any other financial circumstance(s) that you would like the court to consider when reviewing this petition.

_____

_____

_____

I, _____, declare that I am the plaintiff bringing this complaint.  I declare that I am unable to prepay the full filing fee and that I am entitled to the relief sought in the complaint.

_____          _____
Date                                                                    **Signature - Signed Under Penalty of Perjury**